**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William G. Ostrom,

Plaintiff,

vs.

Fortis Benefits Insurance Company,

Defendant.

Civil No. 01-CV990 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above captioned action, through their respective counsel, hereby stipulate that the above captioned action may be dismissed with prejudice, with each party bearing its own costs, attorneys' fees and disbursements.

Dated: December 19, 2001

STROBEL & HANSON, P.A..

By [signature]
Perry F. Sekus (#0309412)
Signal Bank Bldg.
222 Bush Street, Suite 200
Red Wing, MN 55066
(651) 388-1891

Attorneys for plaintiff William G. Ostrom

Dated: December 17, 2001

DORSEY & WHITNEY LLP

By [signature]
Heather J. Klaas (#283319)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-7880

Attorneys for defendant Fortis Benefits Insurance Company

FILED DEC 27 2001

IT IS HEREBY ORDERED THAT:

The above captioned action is dismissed with prejudice.

Dated: December 24th, 2001

The Honorable James M. Rosenbaum
Chief Judge of United States District Court